# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,
2138 Rayburn House Office Building
Washington, D.C. 20515,

        *Plaintiff*,

v.

DONALD F. MCGAHN II,
51 Louisiana Avenue, N.W.
Washington, D.C. 20001,

        *Defendant*.

Case No. 1:19-cv-2379

# Exhibit K

# Congress of the United States
## Washington, DC 20515

March 22, 2019

Mr. Pat A. Cipollone
Counsel to the President
The White House
Washington, D.C. 20006

Dear Mr. Cipollone:

    We understand that Special Counsel Robert S. Mueller III has now concluded his investigation of the Russian government's efforts to interfere in the 2016 election and of "any links and/or coordination between the Russian government and individuals associated with the campaign of President Donald Trump."[1]  We also understand that Special Counsel Mueller has issued a report to Attorney General Barr pursuant to 28 C.F.R. § 600.8(c).

    We ask that you immediately take steps to preserve any of the following materials in the White House's possession: (1) all copies of Special Counsel Mueller's report; (2) all evidence or other investigatory materials supplied to the Special Counsel's Office, or any copies thereof; and (3) all related work product or other materials generated by the White House to assist the Special Counsel's Office in its investigation.  This request applies to all documents, records, memoranda, correspondence, or other communications, or any portion thereof relevant to the work of the Special Counsel's Office.  We remind you that concealing, removing, or destroying such records may constitute a crime.[2]

    Committees of the United States Congress are conducting investigations parallel to those of the Special Counsel's Office, and preservation of these records is critical to ensure that we are able to do our work without interference or delay.  We therefore ask that you immediately confirm that the White House is preserving these records and that you provide us with all orders, notices, and guidance regarding preservation of information related to these matters and investigations.

---

[1] *Appointment of Special Counsel to Investigate Russian Interference with the 2016 Presidential Election and Related Matters*, Order No. 3915-2017, Office of the Deputy Attorney General, May 17, 2017.
[2] 18 U.S.C. § 2071.

We look forward to your prompt attention and response to our request.

Sincerely,

_____
Jerrold Nadler
Chairman
House Committee on the Judiciary

_____
Dianne Feinstein
Ranking Member
Senate Committee on the Judiciary

_____
Adam Schiff
Chairman
House Permanent Select Committee on Intelligence

_____
Mark Warner
Ranking Member
Senate Select Committee on Intelligence

_____
Elijah E. Cummings
Chairman
House Committee on Oversight and Reform

_____
Maxine Waters
Chairwoman
House Committee on Financial Services

_____
Richard E. Neal
Chairman
House Committee on Ways and Means

_____
Eliot L. Engel
Chairman
House Committee on Foreign Affairs

_____
Robert Menendez
Ranking Member
Senate Committee on Foreign Relations

_____
Ron Wyden
Ranking Member
Senate Committee on Finance



Sherrod Brown
Ranking Member
Senate Committee on Banking, Housing, and Urban Affairs

cc:

The Honorable William P. Barr
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC, 20530

3