**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,
2138 Rayburn House Office Building
Washington, D.C. 20515,

                                    *Plaintiff*,


     v.                                                      Case No. 1:19-cv-2379


DONALD F. MCGAHN II,
51 Louisiana Avenue, N.W.
Washington, D.C. 20001,

                                    *Defendant*.

# Exhibit M

# Congress of the United States
## Washington, DC 20515

April 19, 2019

The Honorable William P. Barr
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

Dear Attorney General Barr:

We write in response to your proposal regarding restricted access to a less redacted version of Special Counsel Mueller's report. Unfortunately, your proposed accommodation—which among other things would prohibit discussion of the full report, even with other Committee Members—is not acceptable.

In order for Congress to fulfill its functions as intended by the Constitution, it must operate as a coequal and coordinate branch of government. Given the comprehensive factual findings presented by the Special Counsel's Report, some of which will only be fully understood with access to the redacted material, we cannot agree to the conditions you are placing on our access to the full report. Nor can we agree to an arrangement that does not include a mechanism for ensuring access to grand jury material.

As the Special Counsel stated, "The conclusion that Congress may apply the obstruction laws to the President's corrupt exercise of the powers of office accords with our constitutional system of checks and balances and the principle that no person is above the law." The Department now has a duty to submit the full report and underlying evidence to Congress so that it can fulfill its constitutional responsibilities. This includes considering whether legislation is needed in light of the findings contained in Special Counsel Mueller's report and the Attorney General's determination that no prosecution is warranted despite those facts.

While the current proposal is not workable, we are open to discussing a reasonable accommodation with the Department that would protect law enforcement sensitive information while allowing Congress to fulfill its constitutional duties.

Sincerely,

Nancy Pelosi
Speaker
U.S. House of Representatives

Chuck Schumer
Democratic Leader
U.S. Senate

Page 1 of 2

PRINTED ON RECYCLED PAPER

Jerrold Nadler
Chairman
House Committee on the Judiciary

Dianne Feinstein
Ranking Member
Senate Committee on the Judiciary

Adam Schiff
Chairman
House Permanent Select Committee on
Intelligence

Mark Warner
Ranking Member
Senate Select Committee on Intelligence

cc:    Honorable Kevin McCarthy, Minority Leader, House of Representatives
Honorable Mitch McConnell, Majority Leader, Senate
Honorable Doug Collins, Ranking Member, House Committee on the Judiciary
Honorable Lindsey Graham, Chairman, Senate Committee on the Judiciary
Honorable Devin Nunes, Ranking Member, House Permanent Select Committee on
      Intelligence
Honorable Richard Burr, Chairman, Senate Select Committee on Intelligence