## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES, 2138 Rayburn House Office Building Washington, D.C. 20515,  *Plaintiff*,  v.  DONALD F. MCGAHN II, 51 Louisiana Avenue, N.W. Washington, D.C. 20001,  *Defendant*. | Case No. 1:19-cv-2379 |

# Exhibit S

**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
**williamburck@quinnemanuel.com**

March 18, 2019

<u>VIA E-MAIL</u>

The Honorable Jerrold Nadler
Chairman
United States House of Representatives
Committee on the Judiciary
Washington, DC 20515-6216
HJUD.Correspondence@mail.house.gov

Re:   <u>March 4, 2019 Document Requests</u>

Dear Chairman Nadler,

    This responds to your letter of March 4, 2019, requesting the production of documents from Donald F. McGahn. As relevant to Mr. McGahn, the requested documents concern the period during which he was outside counsel to the Trump Campaign and Transition and served as Counsel to the President in the White House. The Campaign and the White House are the appropriate authorities to decide the scope of access to these documents, including whether a claim of executive, attorney-client and/or attorney work product privilege would protect such information from disclosure. Accordingly, we have forwarded your requests to the Campaign and the White House for their consideration.

Sincerely,

William A. Burck

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART