IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,
2138 Rayburn House Office Building
Washington, D.C. 20515,

       *Plaintiff*,

 v.

DONALD F. MCGAHN II,
51 Louisiana Avenue, N.W.
Washington, D.C. 20001,

       *Defendant*.

Case No. 1:19-cv-2379

# Exhibit FF

# THE WHITE HOUSE

WASHINGTON

July 5, 2019

Sandra Moser, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005

Dear Ms. Moser:

     I write in reference to written questions that your client, Annie Donaldson Talley, received from the Committee on the Judiciary of the United States House of Representatives (the "Committee") on June 26, 2019, pursuant to a subpoena issued to you by the Committee on May 21, 2019.

     Upon review of the questions, we believe that the questions listed below would call for responses that implicate constitutionally-based Executive Branch confidentiality interests. Accordingly, the White House directs Ms. Talley not to provide substantive responses to the following questions.

- 12.d., e., i., j.
- 13.b., c., d., e., f., g., h.
- 14.a., c., d.
- 15.a., b., c., d., e.
- 16.b., c.
- 17.a. (If yes, . . . .")[1], b., c., d., e., f., g., h.
- 18.a., b., c.
- 19.b., c., d., e., f.
- 20.a., b., c., d., e., f., g., h.
- 21.b.
- 22.a, b., c.
- 23.a., b.
- 24.
- 25.b., c.
- 26.b., c., d.
- 27.b., c.
- 28.a., b., c., d., e., f.
- 29.a., b., c., d., e., f., g., h.
- 30.b., f., g., h.

---

[1] Portion of question quoted would call for a response that implicates constitutionally-based Executive Branch confidentiality interests and therefore should not be answered.

Sandra Moser, Esq.
Page 2

- 31.b., c., d.
- 32.b.
- 33.b.
- 34.b., c., d.
- 35.a., c., d., e., f., g.
- 36.c.
- 37.b., c., d.
- 38.b., c.
- 39.b., c.
- 40.b., f., g., h., i., j., k., l., m., n., o.
- 41.b., c., d., e.
- 42.b. ("If yes, . . . ."), c. ("If yes, . . . ."), d.
- 43.c.
- 44.
- 45.
- 46.a., b., c., d., e., f.
- 47.
- 48.
- 49.c., d.
- 50. ("If yes, . . . ."), b., d., f., h.
- 51.a., b., c., d., e., g., h., i.
- 52.a., b., d., e., f.
- 53.a., b.
- 54.a., b., c.
- 55.b., c.
- 56.c., e.
- 57.b., c., d.
- 58.a., b., c.
- 59.b., c.
- 60.b., c.
- 61.b.
- 62.a., b., c., d., e.
- 63.a., b., c., d., e.
- 64.a., b., c., d.
- 65.a., b., c., d.
- 66.c., d., e., f.
- 67.a., b., c., d., e., f., g.
- 68.a., b., c.
- 69.
- 70.a., b.
- 71.b, c., d., e.
- 75.b., c., d., e.
- 76.a. ("If yes, . . . ."), b.
- 77.b, c.

Sandra Moser, Esq.
Page 3

- 78.a. ("If yes, . . . ."), b.
- 79.b, c.
- 80.a. ("If yes, . . . ."), b.
- 81.b.
- 83.a.

    Thank you for your attention to this matter. Please do not hesitate to contact me if you have any questions.

                                              Sincerely,

                                              Michael M. Purpura
                                              *Deputy Counsel to the President*