**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

       *Plaintiff*,

  v.

DONALD F. MCGAHN II,

       *Defendant*.

Case No. 1:19-cv-2379

**CONSENT MOTION FOR USE OF DEFENDANT'S BUSINESS ADDRESS**

1. Plaintiff the Committee on the Judiciary of the United States House of Representatives respectfully requests that the Court permit compliance with Local Civil Rule 5.1(c) by allowing Defendant Donald F. McGahn II's business address to be listed in the caption of the complaint and on the docket for this case.

2. Plaintiff requests this relief in order to protect the Defendant, a private party, from any unnecessary harassment at his home that could arise from this litigation.

3. Pursuant to Local Civil Rule 7(m), counsel for Plaintiff has conferred with counsel for Defendant, who consents to the relief sought in this motion.

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492),
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008),
   *Deputy General Counsel*
Megan Barbero (MA Bar No. 668854),
   *Associate General Counsel*
Josephine Morse (D.C. Bar No. 1531317),
   *Associate General Counsel*
Sarah E. Clouse (MA Bar No. 688187),
   *Attorney*

OFFICE OF GENERAL COUNSEL[1]
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Douglas.Letter@mail.house.gov


Annie L. Owens (D.C. Bar No. 976604)
Joshua A. Geltzer (D.C. Bar No. 1018768)
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, D.C. 20001
Telephone: (202) 662-9042
ao700@Georgetown.edu


*Counsel for Plaintiff Committee on the Judiciary of the U.S. House of Representatives*

August 7, 2019

---

[1] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571.

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I caused the foregoing document to be filed via this Court's CM/ECF system and served on Defendant Donald F. McGahn II via electronic mail to his counsel listed below:

William Burck, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW
Washington, D.C.  20005
williamburck@quinnemanuel.com

    */s/ Douglas N. Letter*
Douglas N. Letter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

                      *Plaintiff*,

v.

DONALD F. MCGAHN II,

                      *Defendant*.

Case No. 1:19-cv-2379

## [PROPOSED] ORDER

Upon consideration of Plaintiff the Committee on the Judiciary of the United States House of Representative's Consent Motion for Use of Defendant's Business Address, it is hereby ORDERED that the motion is GRANTED and that Defendant's business address may be listed in the caption of the complaint and on the docket for this case.

SO ORDERED on this __ day of _____, 2019.

                                              _____

                                              UNITED STATES DISTRICT JUDGE