AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Committee on the Judiciary, U.S. House of Representatives )<br>*Plaintiff* )<br>v. )<br>Donald F. McGahn II )<br>*Defendant* ) | Case No. 1:19-cv-2379 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Committee on the Judiciary, United States House of Representatives   .

Date:   08/07/2019

s/ Joshua A. Geltzer
*Attorney's signature*

Joshua A. Geltzer, D.C. Bar #1018768
*Printed name and bar number*

Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
*Address*

jg1861@georgetown.edu
*E-mail address*

(202) 662-9042
*Telephone number*

(202) 662-9248
*FAX number*