THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON THE JUDICIARY OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>            Plaintiff,<br><br>v.<br><br>DONALD F. MCGAHN II,<br><br>            Defendant. | No. 1:19-cv-2379-BAH |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth J. Shapiro, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for Defendant Donald F. McGahn II, in his official capacity as former Counsel to the President.

Dated: August 9, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General


/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
(DC Bar No. 418925)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 514-5302
Elizabeth.Shapiro@usdoj.gov

*Counsel for Defendant*