**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD F. MCGAHN II,<br><br>*Defendant*. | Case No. 1:19-cv-2379 |

**NOTICE OF APPEARANCE**

I, Megan Barbero, hereby enter my appearance as counsel in the above-captioned case for the Committee on the Judiciary of the United States House of Representatives. Please send all future notices in this matter to me.

    Respectfully submitted,

    */s/ Megan Barbero*
    MEGAN BARBERO (MA Bar No. 668854)
    *Associate General Counsel*

    OFFICE OF GENERAL COUNSEL*
    U.S. HOUSE OF REPRESENTATIVES
    219 Cannon House Office Building
    Washington, D.C. 20515
    Telephone: (202) 225-9700
    Megan.Barbero@mail.house.gov

    *Counsel for the Committee on the Judiciary,*
    *United States House of Representatives*

August 9, 2019

---

    * Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2019, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

_/s/ Megan Barbero_
Megan Barbero
