Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY OF
THE U.S. HOUSE OF REPRESENTIVES

    Plaintiff

  vs.

DONALD F. MCGAHN II

    Defendant

Civil No.  19-2379  (KBJ)

Category  E

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  8/14/2019  from  Chief Judge Beryl A. Howell

to  Judge Ketanji Brown Jackson  by direction of the Calendar Committee.

(Case Not Related)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case Management Committee

cc:  Chief Judge Beryl A. Howell  & Courtroom Deputy
     Judge Ketanji Brown Jackson  & Courtroom Deputy
     Liaison, Calendar and Case Management Committee