# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>                *Plaintiff*,<br><br>v.<br><br>DONALD F. MCGAHN II,<br><br>                *Defendant*. | No. 19-cv-2379 (KBJ) |

## NOTICE OF APPEARANCE

I, Adam Grogg, hereby enter my appearance as counsel in the above-captioned case for the Committee on the Judiciary of the United States House of Representatives.  Please send all future notices in this matter to me.

                                                                       Respectfully submitted,

                                                                       */s/ Adam A. Grogg*
                                                                       ADAM A. GROGG (D.C. Bar No. 1552438)
                                                                         *Assistant General Counsel*
                                                                       OFFICE OF GENERAL COUNSEL
                                                                       U.S. HOUSE OF REPRESENTATIVES
                                                                       219 Cannon House Office Building
                                                                       Washington, D.C.  20515
                                                                       Telephone: (202) 225-9700

                                                                       *Counsel for the Committee on the Judiciary,*
August 26, 2019                                               *United States House of Representatives*