**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>                      *Plaintiff*,<br><br>   v.<br><br>DONALD F. MCGAHN II,<br><br>                      *Defendant*. | No. 19-cv-2379 (KBJ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Preliminary Injunction or, in the Alternative, for Expedited Partial Summary Judgment (Aug. 26, 2019), any opposition thereto and any reply in support thereof, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED**; and it is

**DECLARED** that Defendant's refusal to appear before Plaintiff in response to the subpoena issued to him by Plaintiff on April 22, 2019, was without legal justification; and

a **[PRELIMINARY/PERMANENT] INJUNCTION** is hereby **ISSUED** ordering Defendant to comply with Plaintiff's April 22, 2019, subpoena and appear and testify on or before _____ before Plaintiff; and it is further

**ORDERED** that this Court will retain jurisdiction over this matter.

**SO ORDERED**.

_____                                                            _____
Date                                                                           United States District Judge