# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON THE JUDICIARY OF THE U.S. HOUSE OF REPRESENTATIVES,  )<br><br>        Plaintiff,  )<br>v.                                                              )<br>                                                                  )<br>DONALD F. McGAHN II,                              )<br>                                                                  )<br>        Defendant.  ) | No. 1:19-cv-2379-KBJ |

## NOTICE OF APPEARANCE

Please take notice that James M. Burnham, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendant Donald F. McGahn II, in his official capacity as former Counsel to the President.

Dated: August 27, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *James M. Burnham*
JAMES M. BURNHAM (AZ Bar No. 034363)
Deputy Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Ave, NW
Washington, D.C. 20530
Tel: (202) 353-2793
Fax: (202) 305-8470
Email: James.M.Burnham@usdoj.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the clerk using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

/s/ *James M. Burnham*
JAMES M. BURNHAM