UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 19-cv-2379 (KBJ) |
| DONALD F. MCGAHN II, | ) ) | |
| Defendant. | ) ) ) | |

**GENERAL ORDER AND GUIDELINES REGARDING
MOTIONS FOR A PRELIMINARY INJUNCTION**

On August 26, 2019, plaintiff Committee on the Judiciary of the U.S. House of Representatives filed a motion in this matter seeking entry of a preliminary injunction, or alternatively, expedited partial summary judgment ("Preliminary Injunction Motion"). (ECF No. 22.) In order to ensure the efficient and expeditious resolution of this motion, and to conserve this Court's and the parties' resources, it is hereby

**ORDERED** that each party deliver to Chambers (not the Clerk's Office) two courtesy copies of its pleadings in this matter and any briefing associated with the Preliminary Injunction Motion. All courtesy copies must be double-sided and three-hole punched, and any exhibits thereto must be tabbed for ease of reference. It is

**FURTHER ORDERED** that if any parallel litigation is pending, the parties shall keep the Court fully apprised of the status of such ligation, including notifying the

2

Court within 24 hours whenever a document is filed, a hearing is held or scheduled, or an order is issued in that litigation.  Finally, it is

**FURTHER ORDERED** that Defendant's obligation to respond to the complaint shall be suspended during the Court's consideration of the merits of the Preliminary Injunction Motion.  Defendant must answer or otherwise respond to the Complaint within 14 days after the Court issues its order on the Preliminary Injunction Motion.

DATE:  August 28, 2019                     *Ketanji Brown Jackson*
                                                    KETANJI BROWN JACKSON
                                                    United States District Judge