AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Committee on the Judiciary, U.S. House of Representatives | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-2379-KBJ |
| Donald F. McGahn II | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Committee on the Judiciary, United States House of Representatives .

Date: 08/28/2019

s/ Seth Wayne
*Attorney's signature*

Seth Wayne, D.C. Bar #888273445
*Printed name and bar number*

Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
*Address*

sw1098@georgetown.edu
*E-mail address*

(202) 662-9042
*Telephone number*

(202) 662-9248
*FAX number*