# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON THE JUDICIARY OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>     Plaintiff,<br><br>v.<br><br>DONALD F. McGAHN II,<br><br>     Defendant. | No. 1:19-cv-2379-KBJ |

## NOTICE OF APPEARANCE

Please take notice that Andrew M. Bernie, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendant Donald F. McGahn II, in his official capacity as former Counsel to the President.

Dated: August 30, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Andrew M. Bernie*
ANDREW M. BERNIE
DC Bar No. 995376
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8488 | Fax: (202) 616–8470
andrew.m.bernie@usdoj.gov

*Counsel for Defendant*