## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

*Plaintiff,*

v.

DONALD F. MCGAHN II,

*Defendant.*

No. 19-cv-2379 (KBJ)

## JOINT SCHEDULING PROPOSAL

On August 26, 2019, Plaintiff, the Committee on the Judiciary of the United States House of Representatives, filed a Motion for Preliminary Injunction or, in the Alternative, for Expedited Partial Summary Judgment.  ECF No. 22.  At the Court's request, the parties have met and conferred, and now propose the following:

1.      Plaintiff requests that its motion be addressed as a Motion for Expedited Partial Summary Judgment.  Defendant intends to file a cross-motion for summary judgment.

2.      The parties propose the following briefing schedule:

- Defendant's Opposition and Cross-Motion: Oct. 1, 2019, by 3 p.m.

- Plaintiff's Reply and Opposition: Oct. 16, 2019

- Defendant's Reply: Oct. 25, 2019

3.      Plaintiff respectfully requests that the Court set argument on the parties' cross-motions during the week of Oct. 28, 2019, or as soon thereafter as practicable.  Defendant takes no position on Plaintiff's request.  The parties are available for argument any day during the

week of Oct. 28, 2019, and would be happy to discuss additional availability during the teleconference with the Court currently set for Sept. 3, 2019.

Dated: August 30, 2019

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
  *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
  *Deputy General Counsel*
Megan Barbero (MA Bar No. 668854)
  *Associate General Counsel*
Josephine Morse (D.C. Bar No. 1531317)
  *Associate General Counsel*
Adam A. Grogg (D.C. Bar No. 1552438)
  *Assistant General Counsel*
Sarah E. Clouse (MA Bar No. 688187)
  *Attorney*
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

Annie L. Owens (D.C. Bar No. 976604)
Joshua A. Geltzer (D.C. Bar No. 1018768)
Seth Wayne (D.C. Bar No. 888273455)
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, D.C. 20001
Telephone: (202) 662-9042
ao700@georgetown.edu

*Counsel for Plaintiff Committee on the Judiciary of the U.S. House of Representatives*

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

JAMES J. GILLIGAN
Special Litigation Counsel

/s/      *Steven A. Myers*
CRISTEN C. HANDLEY (MO Bar. No. 69114)
STEVEN A. MYERS (NY Bar No. 4823043)
SERENA M. ORLOFF (CA Bar No. 260888)
ANDREW BERNIE (DC BAR No. 995376)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 305-0648
Fax: (202) 305-8470
Email: Steven.A.Myers@usdoj.gov

*Attorneys for Defendant*