**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY<br>OF THE UNITED STATES HOUSE<br>OF REPRESENTATIVES,<br><br>               Plaintiff,<br><br>               v.<br><br>DONALD F. MCGAHN II,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:19-cv-2379-KBJ<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please take notice that James J. Gilligan, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendant Donald F. McGahn II, in his official capacity as former Counsel to the President.

Dated:  September 10, 2019

                                                               Respectfully submitted,

                                                              JOSEPH H. HUNT
                                                              Assistant Attorney General

                                                              JAMES M. BURNHAM
                                                              Deputy Assistant Attorney General

                                                              ELIZABETH J. SHAPIRO
                                                              Deputy Branch Director

                                                              */s/ James J. Gilligan*
                                                              JAMES J. GILLIGAN
                                                              Special Litigation Counsel
                                                              U.S. Department of Justice
                                                              Civil Division, Federal Programs Branch
                                                              P.O. Box 883
                                                              Washington, D.C.  20044
                                                              Tel:      (202) 514-3358
                                                              E-mail:  james.gilligan@usdoj.gov
                                                              Fax:      (202) 616-8470

                                                              *Counsel for Defendant*