# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMMITTEE ON THE JUDICIARY OF THE U.S. HOUSE OF REPRESENTATIVES, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:19-cv-2379-KBJ |
| DONALD F. McGAHN II, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

Please take notice that Serena M. Orloff, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for Defendant Donald F. McGahn II, in his official capacity as former Counsel to the President.

Dated: September 27, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Serena Orloff*
SERENA ORLOFF
(Cal. Bar No. 260888)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
serena.m.orloff@usdoj.gov

*Counsel for Defendant*