IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF RESPRESENTATIVES, | ) ) ) ) |
| *Plaintiff*, | ) ) ) No. 1:19-cv-2379 (KBJ) |
| v. | ) ) |
| DONALD F. MCGAHN, II, | ) ) |
| *Defendant.* | ) ) ) |

## DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1. Defendant Donald F. McGahn II ("McGahn") served as Counsel to President Donald Trump from January 20, 2017, to October 17, 2018. Decl. of Michael M. Purpura ("Purpura Decl.") (filed herewith) ¶ 7.

2. The Counsel to the President is an immediate advisor to the President. Purpura Decl. ¶¶ 6-7.

3. On April 22, 2019, Plaintiff, the Committee on the Judiciary of the House of Representatives ("Committee") issued a subpoena to McGahn directing him to appear to testify before the Committee on May 21, 2019, on matters within the scope of his duties as Counsel to the President. Purpura Decl. ¶ 11 & Ex. B; Pl.'s Statement of Material Facts Not in Dispute ¶ 85.

4. On May 20, 2019, the President, on advice of the Department of Justice's Office of Legal Counsel that Mr. McGahn is absolutely immune from compelled congressional testimony about his duties as Counsel to the President, directed McGahn not to appear at the May 21 hearing. Purpura Decl. ¶ 15 & Ex. E.

Dated:  October 1, 2019

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        JAMES M. BURNHAM
        Deputy Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Director


        */s/  James J. Gilligan*
        JAMES J. GILLIGAN
        Special Litigation Counsel

        STEVEN A. MYERS (NY Bar No. 4823043)
        SERENA M. ORLOFF (CA Bar No. 260888)
        ANDREW BERNIE (DC Bar No. 995376)
        Trial Attorneys

        United States Department of Justice
        Civil Division, Federal Programs Branch
        P.O.  Box 883
        Washington, D.C.  20044
        Telephone:  (202) 514-3358
        Fax:            (202) 616-8470
        Email:        james.gilligan@usdoj.gov

        *Attorneys for Defendant*