## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD F. MCGAHN II,<br><br>*Defendant.* | No. 19-cv-2379 (KBJ) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's motion for partial summary judgment, Defendant's motion for summary judgment, the parties' oppositions and replies, and the entire record herein, it is hereby ORDERED, that Plaintiff's motion is DENIED and Defendant's Motion is GRANTED.  Judgment is hereby entered in favor of Defendant.

**IT IS SO ORDERED.**

Date: _____                    _____
                                        HON. KETANJI BROWN JACKSON
                                        United States District Judge