# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

          *Plaintiff*,

v.

DONALD F. MCGAHN II,

          *Defendant*.

No. 19-cv-2379 (KBJ)

## CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Plaintiff, the Committee on the Judiciary of the United States House of Representatives, respectfully seeks leave to file a memorandum of up to 65 pages in opposition to Defendant's Motion for Summary Judgment (Oct. 1, 2019), ECF No. 32, and in further support of Plaintiff's Motion for Expedited Partial Summary Judgment (Aug. 26, 2019), ECF No. 22.  Plaintiff's brief is due on October 16, 2019.  *See* Minute Order (Sept. 3, 2019).

With Plaintiff's consent, Defendant sought leave to file a 70-page memorandum in opposition to Plaintiff's Motion and in support of Defendant's Motion, *see* Consent Motion for Leave to Exceed Page Limit (Sept. 27, 2019), ECF No. 31, which this Court granted, *see* Minute Order (Sept. 30, 2019); *see also id.* ("This Court will entertain motions for leave to file excess pages with respect to the remaining briefs in this case on an as-needed basis.").  Defendant subsequently filed a 70-page brief.  *See* ECF No. 32.

Given the number and complexity of the issues in this case, and to sufficiently respond to Defendant's brief, Plaintiff respectfully requests that the Court permit Plaintiff to file a brief of up to 65 pages in length on October 16, 2019.

    Respectfully submitted,

    */s/ Douglas N. Letter*
    Douglas N. Letter (DC Bar No. 253492)
        *General Counsel*
    Todd B. Tatelman (VA Bar No. 66008)
        *Deputy General Counsel*
    Megan Barbero (MA Bar No. 668854)
        *Associate General Counsel*
    Josephine Morse (DC Bar No. 1531317)
        *Associate General Counsel*
    Adam A. Grogg (DC Bar No. 1552438)
        *Assistant General Counsel*

    OFFICE OF GENERAL COUNSEL
    U.S. HOUSE OF REPRESENTATIVES
    219 Cannon House Office Building
    Washington, D.C. 20515
    Telephone: (202) 225-9700
    douglas.letter@mail.house.gov

    Annie L. Owens (DC Bar No. 976604)
    Joshua A. Geltzer (DC Bar No. 1018768)
    Seth Wayne (DC Bar No. 888273455)
    INSTITUTE FOR CONSTITUTIONAL
        ADVOCACY AND PROTECTION
    Georgetown University Law Center
    600 New Jersey Avenue NW
    Washington, D.C. 20001
    Telephone: (202) 662-9042
    ao700@georgetown.edu

    *Counsel for Plaintiff Committee on the Judiciary of the U.S. House of Representatives*

October 15, 2019