IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD F. MCGAHN II,<br><br>*Defendant*. | No. 1:19-cv-2379 (KBJ) |

**CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendant, former Counsel to the President Donald F. McGahn II, respectfully moves for leave to file a reply memorandum in support of his motion for summary judgment of up to 45 pages in length. The Court has previously granted Defendant leave to file a 70-page consolidated memorandum in support of his motion for summary judgment and in opposition to Plaintiff's motion for summary judgment, *see* Sept. 30, 2019, Minute Order, and it has granted Plaintiff leave to file a 65-page consolidated reply in support of its motion for summary judgment and in opposition to Defendant's motion for summary judgment, *see* Oct. 15, 2019, Minute Order. Defendant respectfully submits that the requested extension will permit to Defendant to best assist the Court in resolving the significant questions presented in the parties' cross-motions.

Pursuant to Local Rule 7(m), counsel for Defendant conferred with counsel for Plaintiff, who indicated that Plaintiff consents to the relief requested herein.

Dated: October 23, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

JAMES J. GILLIGAN
Special Litigation Counsel

*/s/ Steven A. Myers*
STEVEN A. MYERS (NY Bar No. 4823043)
SERENA M. ORLOFF (CA Bar No. 260888)
ANDREW M. BERNIE (DC Bar No. 995376)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8648 | Fax: (202) 616-8470
steven.a.myers@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE
OF REPRESENTATIVES,

    *Plaintiff*,

v.

DONALD F. McGAHN II,

    *Defendant.*

No. 1:19-cv-2379 (KBJ)

## [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion for Leave to Exceed Page Limit, IT IS HEREBY ORDERED that the Motion is GRANTED.  Defendant may file a reply memorandum in support of his motion for summary judgment of no more than 45 pages.

Date: _____

                                                     HON. KETANJI BROWN JACKSON
                                                     United States District Judge