UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 19-cv-2379 (KBJ) |
| DONALD F. MCGAHN II, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that Plaintiff's Motion for Expedited Partial Summary Judgment (ECF No. 22) is **GRANTED**, and Defendant's Motion for Summary Judgment (ECF NO. 32) is **DENIED**.  Accordingly, it is

**DECLARED** that Donald F. McGahn II is not immune from compelled congressional process, and that he had no lawful basis for refusing to appear for testimony pursuant to the duly issued subpoena issued to him by the Committee on the Judiciary of the United States House of Representatives on April 22, 2019.  Mr. McGahn's failure to appear was without legal justification.  Therefore, it is

**FURTHER ORDERED** that, because Mr. McGahn is legally required to testify, Mr. McGahn is **ENJOINED** to appear before the Committee pursuant to the subpoena that was issued to him on April 22, 2019.

DATE:  November 25, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge