IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> *Plaintiff*, <br><br> v. <br><br> DONALD F. MCGAHN, II <br><br> *Defendant*, | ) ) ) ) ) ) ) ) ) ) No. 19-cv-2379 (KBJ) ) ) ) ) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Donald F. McGahn, II, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's November 25, 2019, Order, *see* ECF No. 47, as well as its November 25, 2019, Memorandum Opinion, *see* ECF No. 46.

Dated:  November 26, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

*/s/ Steven A. Myers*
STEVEN A. MYERS (NY Bar No. 4823043)
SERENA M. ORLOFF (CA Bar No. 260888)
ANDREW BERNIE (DC Bar No. 995376)
Trial Attorneys

United States Department of Justice

Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel:	(202) 305-8648
Fax:	(202) 616-8470
E-mail:	steven.a.myers@usdoj.gov

*Counsel for Defendant*

2