IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>    *Plaintiff*,<br><br> v.<br><br>DONALD F. MCGAHN II,<br><br>    *Defendant*. | No. 19-cv-2379 (KBJ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

I, Adam A. Grogg, hereby withdraw my appearance as counsel in this case because I will be beginning new employment after October 7, 2020. Plaintiff will continue to be represented by the other attorneys who have entered appearances in this case.

        Respectfully submitted,

        */s/ Adam A. Grogg*
        Adam A. Grogg (DC Bar No. 1552438)
         *Associate General Counsel*

        Office of General Counsel
        U.S. House of Representatives
        219 Cannon House Office Building
        Washington, DC  20515
        Telephone: (202) 225-9700
        adam.grogg@mail.house.gov

October 7, 2020