**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

                    *Plaintiff*,

    v.

DONALD F. MCGAHN II,

                    *Defendant*.

No. 19-cv-2379 (KBJ)

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

       I, Josephine Morse, hereby withdraw my appearance as counsel in this case.  Plaintiff

will continue to be represented by the other attorneys who have entered appearances in this case.

                    Respectfully submitted,

                    */s/ Josephine Morse*
                    Josephine Morse (D.C. Bar No. 1531317)
                      *Deputy General Counsel*

                    Office of General Counsel
                    U.S. House of Representatives
                    219 Cannon House Office Building
                    Washington, DC  20515
                    Telephone: (202) 225-9700
                    Jodie.Morse@mail.house.gov

January 19, 2021