# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

        *Plaintiff,*

v.

DONALD F. MCGAHN II,

        *Defendant.*

No. 19-cv-2379 (KBJ)

## MOTION TO WITHDRAW APPEARANCE OF JOSHUA A. GELTZER

I, Joshua A. Geltzer, hereby move to withdraw my appearance on behalf of Plaintiff in the above-captioned case. Plaintiff will continue to be represented by the other attorneys who have entered appearances in this case.

        Respectfully submitted,

        /s/ *Joshua A. Geltzer*
        Joshua A. Geltzer (D.C. Bar No. 1018768)
        INSTITUTE FOR CONSTITUTIONAL
        ADVOCACY AND PROTECTION
        Georgetown University Law Center
        600 New Jersey Avenue NW
        Washington, D.C. 20001
        Telephone: (202) 662-9042
        jg1861@georgetown.edu

January 19, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2021, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Joshua A. Geltzer*
Joshua A. Geltzer
