# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 19-5331**   September Term, 2020

1:19-cv-02379-KBJ

**Filed On: July 13, 2021** [1906137]

Committee on the Judiciary of the United
States House of Representatives,

      Appellee

  v.

Donald F. McGahn, II,

      Appellant

## M A N D A T E

In accordance with the order of July 13, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:   /s/
                Michael C. McGrail
                Deputy Clerk

Link to the order filed July 13, 2021