**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) ) | |
| *Plaintiff,* | ) ) | No. 1:19-cv-2379 (FYP) |
| v. | ) ) | |
| DONALD F. McGAHN, II | ) ) | |
| *Defendant.* | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of November 22, 2021, the parties hereby notify the Court that this case should be dismissed, as requested in the Plaintiff's Consent Motion for Voluntary Dismissal, also filed on this date.

Dated:  December 3, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

ELIZABETH J. SHAPIRO
Deputy Director

 */s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

STEVEN A. MYERS
CRISTEN C. HANDLEY
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044

Telephone:  (202) 514-3358
Fax:            (202) 616-8470
E-mail:        james.gilligan@usdoj.gov

*Counsel for Defendant*

 */s/ Douglas N. Letter*
Douglas N. Letter (DC Bar No. 253492)
  *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Stacie M. Fahsel (D.C. Bar. No. 1034314)
Eric R. Columbus (D.C. Bar No. 487736)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Plaintiff Committee on the
Judiciary, U.S. House of Representatives*